1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   BLACK LIVES MATTER-STOCKTON              No.  2:18-cv-0591 KJM AC
     CHAPTER, et al.,
12
                      Plaintiffs,
13                                            ORDER

14           v.

15   SAN JOAQUIN COUNTY SHERIFF'S
     OFFICE, et al.,
16
                      Defendants.

17

18           In a minute order filed by the court on April 16, 2018, a status conference was set

19   for the above case for May 18, 2018, and the parties were instructed to file a joint status report at

20   least seven (7) days prior to the conference.  The parties filed their joint status report on May 13,

21   2018, but there was no appearance by counsel for plaintiffs at the status conference.  While

22   plaintiffs' counsel placed a telephone call to the courtroom deputy when she arrived at the

23   courthouse, the time was 47 minutes after the case was called and court had adjourned.

24           Accordingly, plaintiffs' counsel is ordered to show cause why she should not be

25   sanctioned in the amount of $250.00 for failing to appear at the status conference.

26   DATED:  June 5, 2018.

27
                                              _____
28                                            UNITED STATES DISTRICT JUDGE

                                              1