GREGORY B. THOMAS, ESQ. (SBN 239870)
TEMITAYO O. PETERS, ESQ. (SBN 309913)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA 94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897
gthomas@bjg.com
opeters@bjg.com

Attorneys for Defendants SAN JOAQUIN COUNTY, STEVE MOORE, DAVE OLIVER, JOE PETRINO

YOLANDA HUANG, ESQ. (SBN 104543)
LAW OFFICES OF YOLANDA HUANG
475 14th Street, Suite 500
Oakland, CA 94612
Telephone: 510-329-2140
Facsimile: 510-580-9410
yhuang.law@gmail.com

Attorney for Plaintiffs BLACK LIVES MATTER - STOCKTON CHAPTER, and DIONNE SMITH-DOWNS, individually and on behalf of others similarly situated

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK LIVES MATTER-STOCKTON CHAPTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAN JOAQUIN COUNTY SHERIFF'S OFFICE, et al., <br><br> Defendants. | Case No. 2:18-cv-00591-KJM-AC <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND SAN JOAQUIN COUNTY'S TIME TO ANSWER PLAINTIFF BLACK LIVES MATTER-STOCKTON CHAPTER'S REQUEST FOR PRODUCTION, SET TWO** <br><br> Complaint filed March 20, 2018 |

The Court hereby grants the Stipulation of the Parties for a 14-day extension of time for the San Joaquin County to respond to Plaintiff Black Lives Matter's Request for Production, Set Two, up to and including October 25, 2018.

IT IS SO ORDERED.

DATED: October 19, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE