1  GREGORY B. THOMAS, ESQ. (SBN 239870)
   TEMITAYO O. PETERS, ESQ. (SBN 309913)
2  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
3  555 12th Street, Suite 1800
   Oakland, CA 94607
4  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
5  gthomas@bjg.com; opeters@bjg.com

6  Attorneys for Defendants SAN JOAQUIN COUNTY, STEVE
   MOORE, DAVE OLIVER, JOE PETRINO
7

8  LAW OFFICES OF YOLANDA HUANG
   YOLANDA HUANG, (SBN 104543)
9  475 14th Street, Suite 500
   Oakland, CA 94612
10 Telephone: (510) 329-2140
   Facsimile: (51) 580-9410
11 Email: yhuang.law@gmail.com

12 Attorneys for Plaintiffs BLACK LIVES MATTER-STOCKTON
   CHAPTER, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK LIVES MATTER-STOCKTON CHAPTER, et al., | Case No. 2:18-cv-00591-KJM-AC |
| Plaintiffs, | [**PROPOSED**] ORDER TAKING PLAINTIFFS' MOTION TO COMPEL OFF CALENDAR |
| v. | |
| SAN JOAQUIN COUNTY SHERIFF'S OFFICE, et al., | First Amended Complaint filed March 20, 2018 |
| Defendants. | |

Pursuant to the Parties' Stipulation re Discovery Dispute and to Withdraw Motion to Compel [Dkt. No. 28], filed with this Court on January 9, 2019, Plaintiffs' motion currently calendared for hearing on January 23, 2019 shall be taken off calendar without prejudice to renewal.

**IT IS SO ORDERED.**

DATED: January 9, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

-1-