LAW OFFICES OF YOLANDA HUANG
YOLANDA HUANG, SBN 104543
475 14th Street, Suite 500
Oakland, CA 94612
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK LIVES MATTER-STOCKTON CHAPTER, an unincorporated association; and DIONNE SMITH-DOWNS, individually and on behalf of others similarly situated. | No. 2:18-cv-00591-KJM-AC |
| Plaintiffs, | STIPULATION FOR ORDER OF CONTIINUANCE |
| vs. | |
| SAN JOAQUIN COUNTY SHERIFF'S OFFICE, SAN JOAQUIN COUNTY, STEVE MOORE, DAVE OLIVER (OLIVR), JOE PETRINO, DOES 1-50. | Hon. Allison Claire |
| Defendants. | |

In accordance with Civil Local Rule 143, Plaintiffs and Defendants hereby stipulate as follows:

WHEREAS Plaintiffs initially filed a motion to compel discovery set for May 8, 2019;

WHEREAS, the parties have engaged in further meet and confer and have agreed to have this issue presented to Judge Claire through her informal telephone conference, now calendared for May 17, 2019.

NOW, THEREFORE, IT IS HEREBY STIPULATED that the parties agree that the hearing on defendants' motion to dismiss may be continued to June 26, 2019 or any date thereafter per the convenience of the Court.

IT IS SO STIPULATED.

Dated: May 1, 2019                    LAW OFFICE OF YOLANDA HUANG


                                      By: __/s/ Yolanda Huang_____
                                          YOLANDA HUANG, ESQ.
                                          Attorney for Plaintiffs



Dated: May 2, 2019                    BURKE, WILLIAMS & SORENSEN, LLP



                                      By: /s/ Temitayo O. Peters_____
                                          GREGORY B. THOMAS, ESQ.
                                          TEMITAYO O. PETERS, ESQ.
                                          Attorneys for Defendants  SAN JOAQUIN
                                          COUNTY, STEVE MOORE, DAVE OLIVER,
                                          JOE PETRINO

                                          Local Rule 131e Declaration
                                          s/ Temitayo O. Peters.'s signature as authorized
                                          on May 2, 2019

1

~~[Proposed]~~

ORDER

IT IS HEREBY ORDERED  that plaintiffs' motion to compel shall be heard on:
July 31, 2019 in Courtroom 26 at 10:00 a.m.


Dated:  May 6, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE