UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK LIVES MATTER-STOCKTON CHAPTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAN JOAQUIN COUNTY SHERIFF'S OFFICE, et al., <br><br> Defendants. | No. 2:18-cv-00591 KJM AC <br><br><br> ORDER |

The undersigned held an informal telephonic discovery conference on this date. Yolanda Huang appeared for plaintiffs and Temitayo Peters appeared for defendants; Jamil Ghannam of the Stockton City Attorney's Office, representing the Stockton Police Department, also participated in the call. The dispute concerns defendants' redactions, on grounds of official information privilege, to a single document produced in discovery: an Incident/Operation Plan for Civil Disturbance ("IAP") created by the Stockton Police Department in advance of the January 29, 2018 Superior Court hearing at issue in the Amended Complaint. Following the telephonic conference, the undersigned reviewed both the redacted and unredacted versions of the IAP *in camera*, and now rules as follows:

The redactions to the Communications List (contact information for law enforcement personnel) and Communications Plan on page 7 of the document are sustained. All other redactions, which the City and County characterize as protecting information that discloses "non-

obvious police tactics," are overruled.  A copy of the IAP without these redactions shall be provided to plaintiffs' counsel no later than May 20, 2019, **subject to the "attorneys' eyes only" provision of the operative protective order.**

In light of this ruling, plaintiffs' pending motion to compel (ECF No. 42) is DENIED as moot, and the hearing now set for July 31, 2019 is VACATED.

IT IS SO ORDERED.

DATED: May 17, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE