Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Temitayo O. Peters (SBN 309913)
E-mail: tpeters@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA 94612-3501
Tel: 510.273-8780 Fax: 510.839.9104

Attorneys for Defendants
SAN JOAQUIN COUNTY, STEVE
MOORE, DAVE OLIVER, JOE PETRINO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK LIVES MATTER-STOCKTON CHAPTER, et al., <br><br> Plaintiffs, <br> v. <br><br> SAN JOAQUIN COUNTY SHERIFF'S OFFICE, et al., <br><br> Defendants. | Case No. 2:18-cv-00591-KJM-AC <br><br> **STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER TO EXTEND FACT DISCOVERY CUTOFF; [PROPOSED] ORDER** |

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, and Section IV of the Status (Pre-trial) Scheduling Order issued by United States District Judge Kimberly J. Mueller on June 5, 2018 (the "Pretrial Scheduling Order") (ECF No. 12), Defendants SAN JOAQUIN COUNTY, STEVE MOORE, DAVE OLIVER, and JOE PETRINO and Plaintiffs BLACK LIVES MATTER-STOCKTON CHAPTER, an unincorporated association, DIONNE SMITH-DOWNS, DENISE FRIDAY, LAREESHA BROWN, and KENNETH MARBLEY, by and through undersigned counsel, hereby jointly stipulate and move to modify the Pretrial Scheduling Order for good cause as follows:

WHEREAS the Court issued a Pretrial Scheduling Order on June 6, 2018 ordering that (1) fact discovery be completed by May 31, 2019, (2) expert disclosure be completed by July 8, 2019, (3) rebuttal expert disclosure be completed by July 29, 2019, (4) expert discovery be completed by August 30, 2019, (5) dispositive motions be heard no later than October 4, 2019

1  and (6) setting a Mandatory Settlement Conference on June 13, 2019. (Dkt. 12)

2  WHEREAS the parties have exchanged extensive written discovery, noticed numerous
3  depositions and completed two depositions.

4  WHEREAS the parties have met and conferred and desire to engage in meaningful
5  settlement discussions with the assistance of Magistrate Judge Brennan at the Mandatory
6  Settlement Conference on June 13, 2019, without incurring additional litigation expenses.

7  WHEREAS the parties have agreed to extend the fact discovery deadline to June 28,
8  2019, and complete all remaining depositions and written discovery after June 13, 2019, and
9  before the new proposed fact discovery cutoff of June 28, 2019, if the parties fail to resolve the
10 case at the June 13, 2019 Mandatory Settlement Conference.

11 WHEREAS the parties have agreed to meet and confer and schedule all outstanding
12 percipient party depositions for the time period between June 14 and 28, 2019.

13 WHEREAS pursuant to Paragraph IV of the Pretrial Scheduling Order, the parties'
14 request to extend the fact discovery cutoff does not affect the balance of the Pretrial Scheduling
15 Order.

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

WHEREFORE the parties respectfully request that the Court modify the Pretrial Scheduling Order (Dkt. No. 12) to extend the fact discovery cutoff to June 28, 2019.

NOW THEREFORE IT IS SO STIPULATED.

Dated: May 24, 2019                         BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Gregory B. Thomas, Esq.*
Gregory B. Thomas, Esq.
Temitayo O. Peters, Esq.
Attorneys for Defendants
SAN JOAQUIN COUNTY, STEVE MOORE, DAVE OLIVER, JOE PETRINO

Dated: May 24, 2019                         LAW OFFICE OF YOLANDA HUANG

By: */s/ Yolanda Huang*
YOLANDA HUANG, ESQ.
Attorney for Plaintiffs

## DECLARATION REGARDING AUTHORIZATION

Under E.D. Cal. Local Rule 131(e), I attest that I obtained authorization in the filing of this document from the other signatory listed here.

By: */s/ Gregory B. Thomas, Esq.*
Gregory B. Thomas, Esq.

[~~PROPOSED~~]

ORDER

The Court, having considered the parties' Joint Stipulation to Modify the Pretrial Scheduling Order, and good cause appearing therefore, hereby modifies the Pretrial Scheduling Order (Dkt. No. 12) to extend the fact discovery <u>cut-off</u> to June 28, 2019. In all other respects, the Pretrial Scheduling Order remains unchanged.

Dated: May 28, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

OAK #4844-0763-8679 v1
07589-0001