UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BLACK LIVES MATTER-STOCKTON CHAPTER, et al.,

Plaintiffs,

v.

SAN JOAQUIN COUNTY SHERIFF'S OFFICE, et al.,

Defendants.

No. 2:18-cv-00591-KJM-AC

ORDER

The parties jointly request to further amend dates in the pretrial scheduling order. ECF No. 53. Good cause appearing, the court GRANTS the request and sets forth the following amendments:

| Description | Existing Date | New Date |
|---|---|---|
| Fact discovery deadline | June 28, 2019 | August 12, 2019 |
| Expert disclosure deadline | July 8, 2019 | August 22, 2019 |
| Rebuttal expert disclosure deadline | July 29, 2019 | September 12, 2019 |
| Expert discovery deadline | August 30, 2019 | October 14, 2019 |
| Dispositive motion deadline | October 4, 2019 | December 6, 2019[1] |

///

---

[1] All dispositive motions shall be <u>heard</u> no later than December 6, 2019.

1

This amendment does not alter any other portions of the scheduling order.

IT IS SO ORDERED.

DATED: June 25, 2019.

_____
UNITED STATES DISTRICT JUDGE