Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Temitayo O. Peters (SBN 309913)
E-mail: tpeters@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1901 Harrison Street, Suite 900
Oakland, CA 94612-3501
Tel: 510.273-8780 Fax: 510.839.9104

Attorneys for Defendants
SAN JOAQUIN COUNTY, STEVE MOORE, DAVE OLIVER, JOE PETRINO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACK LIVES MATTER-STOCKTON CHAPTER, et al.,<br><br>            Plaintiffs,<br>v.<br><br>SAN JOAQUIN COUNTY SHERIFF'S OFFICE, et al.,<br><br>            Defendants. | Case No.  2:18-cv-00591-KJM-AC<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE; [PROPOSED] ORDER** |

Pursuant to a settlement agreement, the parties in this action, through their respective attorneys of record, hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to dismiss all Plaintiffs' claims in this action against all Defendants, with prejudice, each party to bear their own fees and costs.

Dated: October 21, 2019                                        BURKE, WILLIAMS & SORENSEN, LLP


                                                                          By:  */s/ Temitayo O. Peters, Esq.*
                                                                                 Gregory B. Thomas, Esq.
                                                                                 Temitayo O. Peters, Esq.
                                                                                 Attorneys for Defendants
                                                                                 SAN JOAQUIN COUNTY, STEVE
                                                                                 MOORE, DAVE OLIVER, JOE PETRINO

///

Dated: October 21, 2019                         LAW OFFICE OF YOLANDA HUANG

By: _____*/s/ Yolanda Huang*_____
YOLANDA HUANG, ESQ.
Attorney for Plaintiffs

## DECLARATION REGARDING AUTHORIZATION

Under E.D. Cal. Local Rule 131(e), I attest that I obtained authorization in the filing of this document from the other signatory listed here.

By: ___*/s/ Temitayo O. Peters, Esq.*___
Temitayo O. Peters, Esq.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

- 2 -

CASE NO. 2:18-CV-00591-KJM-AC
STIPULATION AND [PROPOSED] ORDER

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, the above-referenced case is hereby dismissed with prejudice; each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: October \_\_\_, 2019

_____
HON. KIMBERLY MUELLER
**JUDGE OF THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

OAK #4819-1835-7672 v1